UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

TAWN ALICE C.,

                Plaintiff,                        24 **CIVIL** 2829 (GRJ)

       -v-                                         **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 16, 2024, Plaintiff's request for Judgment on the Pleadings is GRANTED; the Commissioner's request for Judgment on the Pleadings is DENIED; and this case is REMANDED for further administrative proceedings consistent with this Decision and Order; accordingly, case is closed.

**Dated:** New York, New York
          December 17, 2024

                                                                    **TAMMI M. HELLWIG**

                                                                      **Clerk of Court**

                                **BY:**

                                                                       **Deputy Clerk**